# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| APEX MORTGAGE CORP., a subsidiary of Firsttrust Bank, | |
| Plaintiffs, | Civil No. 11-06178 (RBK/KMW) |
| v. | **ORDER** |
| RAFAT ARQUB and MAIKEL BESHAY | |
| Defendants. | |

**THIS MATTER** having come before the Court upon the request of Apex Mortgage Corporation ("Plaintiff") for dismissal of all claims;

**IT IS HEREBY ORDERED** that the case is **DISMISSED** without prejudice, and

**IT IS FURTHER ORDERED** that Plaintiff's pending Motion for Judgment (Doc. No. 12) is **DENIED AS MOOT.**

Date:__11-13-12____                      /s/Robert B. Kugler_____

                                         ROBERT B. KUGLER
                                         United States District Judge